1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JIMMY LEE DAVIS,                    Case No. CV 13-7062 SS

12              Plaintiff,

13       v.                                   **JUDGMENT**

14  CAROLYN W. COLVIN Commissioner
    of the Social Security
15  Administration,

16              Defendant.

17

18

19

20      IT IS ADJUDGED that the decision of the Commissioner is

21  AFFIRMED and that the above-captioned action is dismissed with

22  prejudice.

23

24  DATED:  July 10, 2014

25                              _____
                                         /S/
26                              SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE

27

28